**No. 48003.**—Protests 637291–G, etc., of Italian Felt & Straw Corp. et al. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the protests were sustained as to certain of the items.

**No. 48004.**—Protest 686464–G of O. W. Foster & Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the protest was sustained as to certain of the items.

**No. 48005.**—Protest 872146–G of Heinsheimer Bros., Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and following Abstract 47291 the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 11, 1943

**No. 48006.**—Protest 950902–G of Lamport Export Co. (New York).

Opinion by KINCHELOE, J.   In accordance with stipulation of counsel that the merchandise in question consists of merchandise the same in all material respects as that the subject of *Green* v. *United States* (8 Cust. Ct. 173, C. D. 599) the claim for free entry under paragraph 1750 was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 12, 1943

**No. 48007.**—Protest 76690–K of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the clay hanging ducks in question are the same in all material respects as those involved in T. D. 50155 (3). The protest was therefore sustained.

**No. 48008.**—Protests 841536–G, etc., of De Boer & Livingston (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of Abstract 44140 the protests were sustained.